UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY WEATHERS,<br><br>    Plaintiff,<br><br>    v.<br><br>DR. CORDERO,<br><br>    Defendant. | Case No. CV 08-3899 JST(JC)<br><br>~~(PROPOSED)~~<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed all of the records herein, and the attached Report and Recommendation of United States Magistrate Judge. The Court approves and adopts the United States Magistrate Judge's Report and Recommendation.

IT IS HEREBY ORDERED that: (1) Defendant's Motion for Summary Judgment or Alternatively for Summary Adjudication is granted to the extent it seeks summary judgment in defendant's favor based upon a statute of limitations bar; and (2) Judgment be entered in favor of the defendant.

IT IS SO ORDERED.

DATED: 10·10·10

HONORABLE JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE