UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY WEATHERS,<br><br>             Plaintiff,<br><br>       v.<br><br>DR. CORDERO,<br><br>             Defendant. | Case No. CV 08-3899 JST(JC)<br><br>~~(PROPOSED)~~<br><br>JUDGMENT |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that: (1) Defendant's Motion for Summary Judgment or Alternatively for Summary Adjudication is granted to the extent it seeks summary judgment in defendant's favor based upon a statute of limitations bar; and (2) Judgment be entered in favor of the defendant.

IT IS SO ORDERED.

DATED: 10·10·10

HONORABLE JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE